

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00166-CV

| | | |
|---|---|---|
| Nabors Drilling USA, L.P. | § | From the 271st District Court |
| | § | of Wise County (CV09-12-1049) |
| v. | | |
| | § | July 11, 2013 |
| EnCana Oil & Gas (USA) Inc. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed as to Nabors's liability to Encana for claims against Encana's subcontractors and we render a judgment dismissing those claims against Nabors with prejudice. It is further ordered that the pre-tender attorneys' fees and expenses is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellant Nabors Drilling USA, L.P. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel